

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2020

No. 04-20-00001-CV

**IN RE MO-VAC SERVICE COMPANY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
              Irene Rios, Justice
              Liza A. Rodriguez, Justice

On January 2, 2020, relator filed a petition for writ of mandamus and a motion for temporary relief pending final resolution of the petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's motion for temporary relief is denied as moot. This court's opinion will issue at a later date.

It is so **ORDERED** on January 7, 2020.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7 day of January, 2020.

_____
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017CVF002360D4, styled *David Hinojosa, et al. v. Mo-Vac Service Co.*, pending in the 406th Judicial District Court, Webb County, Texas, the Honorable Oscar J. Hale, Jr. presiding.